FRIEDA DUNLAP, Respondent, *v.* CLIFFORD A. CRISPELL, Appellant.

(Argued April 21, 1936; decided May 19, 1936.)

*Francis L. Driscoll* and *Lorenz J. Brosnan* for appellant.
*Joseph A. McCabe, William A. Mulvey, Emery J. Hey* and *Paul A. Rieser* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.